**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of New York
(State)

Case number *(if known)*: 21-_____  Chapter 11

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | GBG Sean John LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-4011287 |
| 4. | **Debtor's address** | **Principal place of business**<br>P.O. Box 4965<br>Number    Street<br><br>Greensboro   NC   27404<br>City         State  ZIP Code<br><br>Guilford<br>County | **Mailing address, if different from principal place of business**<br>Number    Street<br><br>P.O. Box<br><br>City         State  ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>See Attachment A<br>Number    Street<br><br>City         State  ZIP Code |
| 5. | **Debtor's website** (URL) | https://www.globalbrandsgroup.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4243__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY
        District _____  When _____  Case number _____
                                   MM / DD / YYYY

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |
|---|---|---|
| | List all cases. If more than 1, attach a separate list. | ☒ Yes. Debtor See Attachment A    Relationship Affiliate<br>District Southern District of New York    When Date Hereof<br>                                                                 MM / DD / YYYY<br>Case number, if known Pending |

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                              Number   Street<br><br>                              _____<br>                              _____     ____   ____<br>                              City              State  ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |
|---|---|---|

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors*** | ☐ 1-49         ☒ 1,000-5,000      ☐ 25,001-50,000 |
|---|---|---|
| |  | ☐ 50-99        ☐ 5,001-10,000     ☐ 50,001-100,000 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
|  |  | ☐ 200-999 |  |  |

| 15. | Estimated assets* | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
|---|---|---|---|---|
|  |  | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
|  |  | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
|  |  | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities* | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
|  |  | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
|  |  | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
|  |  | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

* Information provided on a consolidated basis and based on financial statements as of October 31, 2021.

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 01 / 2021
MM / DD / YYYY

✗ /s/ Mark Caldwell                    Mark Caldwell
Signature of authorized representative of debtor    Printed name

Title  Chief Financial Officer

**18. Signature of attorney**

✗ /s/ Rachel C. Strickland              Date  12 / 01 / 2021
Signature of attorney for debtor              MM / DD / YYYY

Rachel C. Strickland, Esq.
Printed name

Willkie Farr & Gallagher LLP
Firm name

787           Seventh Avenue
Number        Street

New York                              NY            10019
City                                  State         ZIP Code

212-728-8000                          rstrickland@willkie.com
Contact phone                         Email address

2964294                               New York
Bar number                            State

## ATTACHMENT A TO VOLUNTARY PETITION

1. **Pending Bankruptcy Cases Filed by Affiliates of the Debtor**

On July 29, 2021, each of the affiliated entities listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "**Court**") (the "**Initial Debtor Cases**"). The Initial Debtor Cases have been consolidated for procedural purposes only and are being jointly administered under case number 21-11369 (MEW).

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| GBG USA Inc. | 21-11369 (MEW) | July 29, 2021 |
| GBG North America Holdings Co., Inc. | 21-11370 (MEW) | July 29, 2021 |
| GBG Spyder USA LLC | 21-11371 (MEW) | July 29, 2021 |
| Jimlar Corporation | 21-11372 (MEW) | July 29, 2021 |
| Homestead International Group Ltd. | 21-11373 (MEW) | July 29, 2021 |
| IDS USA Inc. | 21-11374 (MEW) | July 29, 2021 |
| MESH LLC | 21-11375 (MEW) | July 29, 2021 |
| Frye Retail, LLC | 21-11376 (MEW) | July 29, 2021 |
| Krasnow Enterprises, Inc. | 21-11377 (MEW) | July 29, 2021 |
| Krasnow Enterprises Ltd. | 21-11378 (MEW) | July 29, 2021 |
| Pacific Alliance USA, Inc. | 21-11379 (MEW) | July 29, 2021 |

On the date hereof, GBG Sean John LLC filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the court. Contemporaneously with the filing of its voluntary petition, the Debtor filed a motion requesting that the Court consolidate its chapter 11 case with the Initial Debtor Cases for procedural purposes only.

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| GBG Sean John LLC | N/A | Date Hereof |

2. **Location of the Debtors' Principal Assets (on a Consolidated Basis)**

   a) The Debtors' mailing address is located in Greensboro, NC at P.O. Box 4965 Greensboro, NC 27404.

   b) The Debtors' funded debt is governed by New York law and provides for venue in non-bankruptcy matters in New York.

   c) The Debtors maintain bank accounts in New York City.

   d) The Debtors have funded retainers for certain professionals held in bank accounts located in New York City.

   e) The Debtors maintain additional places of business at the following locations:

| Address | |
|---|---|
| 965 Madison Avenue<br>New York, NY 10021 | 24 Applegate Dr., NE Business Park<br>Robbinsville, NJ 08691 |

1

**WRITTEN CONSENT OF THE CLASS A MEMBER
AND CLASS B MEMBERS OF GBG SEAN JOHN LLC**

**[see attached]**

1

# WRITTEN CONSENT OF THE

# CLASS A MEMBER AND CLASS B MEMBERS

# OF

# GBG SEAN JOHN LLC

December 1, 2021

The undersigned, being all of the members (together, the "Members") of GBG Sean John LLC, a Delaware limited liability company (the "Company"), do hereby consent, pursuant to Section 18-302(d) and Section 18-404(d) of the Delaware Limited Liability Company Act, to the adoption of the following recitals and resolutions, effective as of the date hereof:

WHEREAS, pursuant to Section 4.1 of that certain Operating Agreement (the "LLCA") of the Company, dated as of November 4, 2016, by and among the Members and the Company, the manager of the Company is GBG USA, Inc. (the "Class A Member") and has complete discretion, power and authority in the management and control of the business of the Company, makes all decisions affecting the business of the Company and manages and controls the affairs of the Company and carries out the business and purposes of the Company, in each case except as otherwise provided in the LLCA, including Section 4.6 thereof;

WHEREAS, pursuant to Section 4.6 of the LLCA, the Company may not file for bankruptcy, liquidate, dissolve, or otherwise wind-up operations without the written consent of each of Christian Casey LLC and Jessie and D Lila LLC (together, the "Class B Members");

WHEREAS, as a result of the financial condition of the Company, the Company engaged counsel and financial advisors to provide advice to the Company regarding its obligations to its creditors, equity holders, employees and other interested parties;

WHEREAS, the Members, after having reviewed and considered the options available to the Company, having consulted counsel and financial advisors, have determined that, in its judgment, it is advisable and in the best interests of the Company, its creditors, equity holders, employees and other interested parties that the Company voluntarily file a petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Case");

WHEREAS, in support of the Bankruptcy Case, the Company intends to enter into that certain asset purchase agreement (the "Stalking Horse Agreement") by and among the Sellers, the Purchaser and the Guarantor (as such terms are defined in the Stalking Horse Agreement), substantially in the form previously presented to the Members and the Class B Members hereby desire to waive any and all consent rights they may have, whether pursuant to the Company's operating agreement or otherwise, with respect to the determination by the Company of the highest or otherwise best qualified bid for the sale of the assets of the Company; and

WHEREAS, the Company intends to file its Petition and commence the Bankruptcy Case in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

NOW, THEREFORE, BE IT RESOLVED, that the Members find that the Petition, in the form that has been presented to and approved by the Members, is advisable, fair and reasonable to, and in the best interests of, the Company, and hereby approve the Petition, in the form that has been presented to and approved by the Members, and ratify and confirm all related communications, negotiations and actions taken by the Class A Member or the Company in connection therewith, whether on, prior to or after the date hereof; and be it further

RESOLVED, that Robert Smits be, and hereby is, appointed and ratified to serve as an authorized signatory of the Company for all purposes; and it is further

RESOLVED, that each of the officers of the Company, including any president, vice president, chief executive officer, chief financial officer, chief restructuring officer, treasurer, or secretary (each of the foregoing, individually, an "Authorized Officer" and, together, the "Authorized Officers") be and they hereby are authorized, empowered and directed to execute and file, or cause to be filed, the Petition, in the form that has been presented to and approved by the Members, on behalf of the Company in order to seek relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

RESOLVED, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name and on behalf of the Company, to execute and file the following motions and pleadings, substantially in the form that has been presented to and approved by the Members: (i) declaration in support of the Petition, providing the information required by Rule 1007 of the Federal Rules of Bankruptcy Procedure and Local Rule 1007-2 of the Bankruptcy Court; (ii) the motion for joint administration of the Bankruptcy Case with the chapter 11 cases of GBG USA, Inc. and its affiliated debtors (the "Prior Cases"); and (iii) the motion to make certain orders (including, for the avoidance of doubt, the bid procedures order) entered in the Prior Cases applicable in the Bankruptcy Case (items (i) through (iii) enumerated herein shall be referred to as the "Approved Pleadings"); and such other motions, lists, applications, pleadings, declarations, affidavits, and other papers that are not inconsistent with the Approved Pleadings; and it is further

RESOLVED, that the Members, having reviewed the Stalking Horse Agreement, whereby the Sellers agree to sell the Acquired Assets (as defined in the Stalking Horse Agreement) under section 363 of the Bankruptcy Code (the "Sale"), subject to the terms and conditions set forth therein, the bidding procedures established by the Bankruptcy Court and higher or otherwise better bids, hereby determine that the Sale and the other transactions contemplated by the Stalking Horse Agreement are advisable and in the best interests of the Company and its shareholders and other stakeholders; and it is further

RESOLVED, that the form, terms and provisions of (i) the Stalking Horse Agreement, substantially in the form presented to the Members, with such changes therein and additions thereto as the Authorized Officers executing the same shall approve, the execution thereof by an Authorized Officer to be deemed conclusive evidence of such approval, and (ii) the other sale documents including, without limitation, any exhibits, appendices and schedules thereto, all transactions contemplated thereby and all actions taken by the Authorized Officer in connection therewith be, and hereby are, authorized, approved and ratified in all respects with such modifications, changes, additions and deletions thereto as may be approved or deemed necessary, desirable, convenient, advisable or appropriate by an Authorized Officer executing the same, the

2

execution thereof by such Authorized Officer to be conclusive evidence of such approval, necessity, desirability, convenience, advisability or appropriateness; and it is further

RESOLVED, that the execution and delivery of the Stalking Horse Agreement and the other sale documents, and the performance by the Company of its obligations thereunder, hereby are expressly authorized, adopted, confirmed, ratified and approved, and such approval is intended to and shall constitute all authorization and approval required by the Members; and it is further

RESOLVED, that to further the goal of attaining the highest or otherwise best offer for the assets of the Company in accordance with the bidding procedures established by the Bankruptcy Court and the Members' fiduciary duties, the determination of the highest or otherwise best qualified bid for the Sale of the assets of the Company will be made by the independent committee of the board of the Class A Member, and the Class B Members hereby irrevocably waive all consent rights with respect to such determination, including any such rights set forth in the Company's operating agreement or otherwise; and it is further

RESOLVED, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, declarations, affidavits and other papers as required to accompany and not be inconsistent with the Petition and the Approved Pleadings or seek entry of first day orders, and, in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds that they deem necessary, proper or desirable in connection with, or in furtherance of and not inconsistent with, the Petition and the Approved Pleadings, with a view to the successful prosecution of the Bankruptcy Case; and it is further

RESOLVED, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ and retain, in the name and on behalf of the Company, the law firm of Willkie Farr & Gallagher LLP, located at 787 Seventh Avenue, New York, New York 10019, as bankruptcy counsel to render legal services to, and to represent, the Company in the Bankruptcy Case and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

RESOLVED, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ and retain, in the name and on behalf of the Company, Ankura Consulting Group, LLC, located at 485 Lexington Avenue, New York, NY 10017, as restructuring advisor for the Company in connection with the Bankruptcy Case, subject to Bankruptcy Court approval; and it is further

RESOLVED, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ and retain, in the name and on behalf of the Company, Ducera Partners LLC, located at 11 Times Square, 36th Floor, New York, NY 10036, as investment banker for the Company in connection with the Bankruptcy Case, subject to Bankruptcy Court approval; and it is further

RESOLVED, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to employ and retain, in the name and on behalf of the Company, Prime

Clerk LLC, located at 830 Third Avenue, 3rd Floor, New York, NY 10022, as claims, noticing, and solicitation agent for the Company in the Bankruptcy Case, subject to Bankruptcy Court approval; and it is further

RESOLVED, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to retain on behalf of the Company such other professionals and advisors as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to the Company in connection with the Bankruptcy Case and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required; and it is further

RESOLVED, that each of the Authorized Officers is authorized to make, execute, file and deliver any and all consents, certificates, documents, instruments, affidavits, agreements amendments, papers or writings as may be required in connection with or in furtherance of and not inconsistent with any of the foregoing, including, without limitation, the Petition and the Approved Pleadings, and to do any and all other acts necessary or desirable to effectuate the foregoing resolutions, the execution and delivery thereof by such Authorized Officer(s) to be deemed conclusive evidence of the approval by the Company of the terms, provisions and conditions thereof.

*[The remainder of this page has been intentionally left blank.]*

IN WITNESS WHEREOF, the undersigned, being each of the Members of the Company does hereby execute this written consent as of the date first above written.

**CLASS A MEMBER**:

**GBG USA INC.**

By: _Robert K. Smits_ (DocuSigned by: E7FC249F28F7431...)
Name:  Robert Smits
Title:  EVP and Secretary

*[Written Consent of the Members of GBG Sean John LLC]*

**CLASS B MEMBERS**:

**CHRISTIAN CASEY LLC**

By: _____
Name: Tarik Brooks
Title: President


**JESSIE AND D LILA LLC**

By: _____
Name: Tarik Brooks
Title: President

*[Written Consent of the Members of GBG Sean John LLC]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :     Chapter 11
                                                            :
GBG USA Inc., et al.,[1]                                    :     Case No. 21-11369 (MEW)
                                                            :
                    Debtors.                                :     (Jointly Administered)
------------------------------------------------------------x
In re:                                                      :     Chapter 11
                                                            :
GBG Sean John LLC,[2]                                       :     Case No. 21-____ (   )
                                                            :
                    Debtor.                                 :     (Joint Administration Pending)
------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THE 50 LARGEST UNSECURED CLAIMS

Set forth below is the list of creditors that hold, based upon information presently available and belief, the fifty (50) largest unsecured claims (the Top 50 List) against GBG Sean John LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"). This list has been prepared based upon the books and records of the Debtors. The Top 50 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 50 List does not include: (1) persons who come within the definition of an "insider" as set forth in 11 U.S.C. § 101(31); or (2) secured creditors, including those creditors with a right to setoff under applicable law, unless the value of the collateral (or amount entitled to be offset) is such that the unsecured deficiency places the creditor among the holders of the fifty (50) largest unsecured claims. The information presented in the Top 50 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation: (a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed or subject to a setoff; or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: GBG USA Inc. (2467), Jimlar Corporation (8380), GBG North America Holdings Co., Inc. (5576), Homestead International Group Ltd. (0549), IDS USA Inc. (7194), MESH LLC (8424), Frye Retail, LLC (1352), Krasnow Enterprises, Inc. (0122), Krasnow Enterprises Ltd. (0001), Pacific Alliance USA, Inc. (0435), and GBG Spyder USA LLC (9108). The Debtors' mailing address is located at GBG USA Inc., P.O. Box 4965 Greensboro, NC 27404.

[2] The last four digits of GBG Sean John LLC's federal taxpayer identification number is 1287 and its mailing address is located at GBG USA Inc., P.O. Box 4965 Greensboro, NC 27404.

Official Form 204
Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 1 | KR HOLLYWOOD, LLC<br>C/O KILROY REALTY CORPORATION<br>12200 WEST OLYMPIC BLVD, SUITE 200<br>LOS ANGELES, CA 90064 | Phone: 3104818400<br>Email: LPHILLIPS@KILROYREALTY.COM | Rent | C / U / D | | | Undetermined |
| 2 | KENNETH COLE PRODUCTIONS, INC.<br>1 HARMON PLAZA, SUITE 400<br>SECAUCUS, NY 07094 | Phone: 2015838624<br>Email: SSANCHEZ@KENNETHCOLE.COM | Royalties | | | | $ 6,000,000.00 |
| 3 | AUTHENTIC BRANDS GROUP, LLC<br>1411 BROADWAY, 4TH FLOOR<br>NEW YORK, NY 10018-3460 | Phone:<br>Email: legaldept@abg-nyc.com | Royalties | | | | 3,561,713.01 |
| 4 | ESRT 1333 BROADWAY, LLC<br>4 CHASE METROTECH CTR, RE#28628 7TH FLOOR EAST<br>BROOKLYN, NY 11245 | Phone: 2127363100<br>Email: GRICHARDS@EMPIRESTATEREALTYTRUST.COM | Rent | | | | 2,489,682.58 |
| 5 | PPF RTL 113 SPRING STREET, LLC<br>PO BOX 62013<br>NEW ORLEANS, LA 70162-2013 | Contact: Morris Brown<br>Phone: 212-204-3450 x202<br>Email: mbrown@centurionre.com | Rent | | | | 2,168,972.65 |
| 6 | BRAND MATTER, LLC<br>1065 AVENUE OF THE AMERICAS, 30/F<br>NEW YORK, NY 10018 | Contact: CHARLIE BANG<br>Email: cbang@sbg-ny.com | Royalties | | | | 1,997,412.04 |
| 7 | 144 5TH RETAIL LLC<br>500 FIFTH AVENUE, 54TH FLOOR<br>NEW YORK, NY 10110 | Contact: Jeff Sutton<br>Email: js@jeffsutton.com | Rent | | | | 1,511,066.68 |
| 8 | PRISA LHC, LLC<br>CN 4000, FORSGATE DRIVE PRLHC N.E. BUSINESS PARK I<br>CRANBURY, NJ 08512 | Contact: BORIS KAPLAN<br>Phone: 7325212900<br>Email: bkaplan@matrixcompanies.com | Rent | | | | 1,437,953.00 |
| 9 | NEWGLO ASSOCIATES 284, LLC<br>800 BOYLSTON STREET, SUITE 1300<br>C/O THE WILDER COMPANIES, LTD.<br>BOSTON, MA 02199 | Contact: Matthew K. Joyce<br>Phone: 617-896-4924<br>Email: mjoyce@wilderco.com | Rent | | | | 1,405,979.08 |
| 10 | WISCONSIN AVENUE HOLDINGS LLC<br>200 SUMMIT DRIVE, SUITE 210<br>BURLINGTON, MA 01803 | Contact: 7813284325<br>Email: NBOUTHILLER@GOODWINPTNRS.COM | Rent | | | | 1,229,750.00 |
| 11 | ROSS PROCUREMENT, INC.<br>5130 HACIENDA DRIVE<br>DUBLIN, CA 94568 | Contact: Arthur Cordaro<br>Email: arthur.cordaro@cbre.com | Rent | | | | 1,143,054.83 |
| 12 | TYSONS CORNER LLC<br>1961 CHAIN BRIDGE ROAD SUITE 105<br>MCLEAN, VA 22102-4501 | Phone: 8668111095<br>Email: tysonscorner_ar@macerich.com | Rent | | | | 935,152.69 |
| 13 | DAKINE IP HOLDINGS LP<br>50 WEST 57TH ST 5TH FLOOR<br>NEW YORK, NY 10019 | Contact: KEVIN MCNAMARA<br>Phone: 6466617747<br>Email: kmcnamara@marqueebrands.com | Royalties | | | | 860,000.00 |
| 14 | NORTHPARK PARTNERS, LP<br>PO BOX 226864<br>DALLAS, TX 75222-6864 | Phone: 2143691234<br>Email: JTANZOLA@NORTHPARKCNTR.COM | Rent | | | | 676,395.99 |
| 15 | SAP AMERICA INC<br>P.O. BOX 7780-824024<br>PHILADELPHIA, PA 19182 | Phone: 6508472663<br>Email: financeAR@SAP.com | It | | | | 569,164.22 |
| 16 | SOUTHPARK MALL LIMITED PARTNERSHIP<br>PO BOX 409276<br>ATLANTA, GA 30384-9276 | Contact: Zoe Bogart<br>Phone: 3176857292<br>Email: ZOE.BOGART@SIMON.COM | Rent | | | | 556,126.39 |
| 17 | IBM CHINA / HONG KONG LIMITED<br>10/F, PCCW TOWER, TAIKOO PLACE<br>HONG KONG,  HONG KONG | Phone: 852-282-57418<br>Email: VCHAN@HK1.IBM.COM | It | | | | 503,500.00 |
| 18 | KOURY VENTURES LP<br>2275 VANSTORY STREET, SUITE 200<br>GREENSBORO, NC 27403 | Email: info@kourycorp.com | Rent | | | | 495,982.60 |
| 19 | ROOSEVELT FIELD<br>PO BOX 772854<br>CHICAGO, IL 60677-2854 | Contact: Kevin Shrewsbury<br>Email: kevin.shrewsbury@simon.com | Rent | | | | 494,724.87 |
| 20 | THE MEDIA PROJECT LLC<br>46 BOUNTY STREET<br>METUCHEN, NJ 08840 | Email: EVANZ@THEMEDIAPROJECTAGENCY.COM | Trade Vendor | | | | 462,975.00 |
| 21 | AETNA LIFE AND CASUALTY (BERMUDA)<br>PO BOX 21673<br>CHICAGO, IL 60673-1216 | Phone: 8602735636<br>Email: WARNERN@AETNA.COM | Benefits | | | | 450,685.22 |
| 22 | RADIAL, INC.<br>PO BOX 204113<br>DALLAS, TX 75320-4114 | Phone: 5617375434<br>Email: THOMPSONL@RADIAL.COM | Trade Vendor | | | | 417,115.01 |
| 23 | UNIVERSITY VILLAGE, LP<br>PO BOX 24702<br>SEATTLE, WA 98124-0702 | Phone: 2065230622<br>Email: CONTROLLER@UVILLAGE.COM | Rent | | | | 387,040.36 |
| 24 | JAMESTOWN PCM MASTER TENANT, L.P.<br>675 PONCE DE LEON AVE. NE, STE 100<br>ATLANTA, GA 30308 | Phone: 4049007900<br>Email: PCMMANAGEMENT@JAMESTOWNLP.COM | Rent | | | | 363,863.20 |
| 25 | JLO HOLDING COMPANY, LLC.<br>C/O MURPHY & KRESS, INC.<br>2401 MAIN STREET<br>SANTA MONICA, CA 90405 | Contact: Lisa Peier<br>Phone: 310-804-2485<br>Email: lisa@jlopezent.com | Royalties | | | | 359,899.74 |
| 26 | CITIBANK<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 | Contact: Caroline Morgis<br>Phone: 212- 816-5312<br>Email: caroline.morgis@citi.com | Trade Vendor | | | | 309,429.20 |
| 27 | SUZHOU HONGYANG TEXTILE<br>NO.288 ZHENNAN EAST ROAD,ZHENZE<br>SUZHOU, 100 215231 CHINA | Email: FIONA@JOINTEX.CN | Trade Vendor | | | | 308,313.25 |
| 28 | BLUESTAR ALLIANCE LLC<br>240 MADISON AVENUE, 15TH FLOOR<br>NEW YORK, NY 10016 | Contact: Joseph Sutton<br>Email: jsutton@bluestarall.com | Trade Vendor | | | | 300,000.00 |
| 29 | CENTURYLINK<br>PO BOX 1319<br>CHARLOTTE, NC 28201-1319 | Email: NICOLAS.HENRY@CENTURYLINK.COM | Utilities | | | | 271,512.67 |
| 30 | AREA TWELVE LLC<br>16 HIGHLAND AVENUE<br>SEA CLIFF, NY 11579 | Email: MICHAEL@AREATWELVE.COM | Trade Vendor | | | | 246,634.12 |
| 31 | ALL SAINTS RETAIL LIMITED<br>6 CORBET PLACE, UNIT C15-C17<br>JACK'S PLACE<br>LONDON,  E1 6NN GREAT BRITAIN | Phone: 2073928061<br>Email: ACCOUNTSRECEIVABLE@ALLSAINTS.COM | Royalties | | | | 244,783.21 |
| 32 | FRITZ FARM RETAIL COMPANY LLC<br>2222 ARLINGTON AVENUE<br>BIRMINGHAM, AL 35205 | Email: JDRUM@BAYERPROPERTIES.COM | Rent | | | | 237,500.00 |
| 33 | SOFTWAREONE HONG KONG LIMITED<br>7/F THE RAYS 71 HUNG TO ROAD<br>KWUN TONG,  HONG KONG | Contact: Kyvans Hon<br>Email: kyvans.hon@softwareone.com | It | | | | 232,569.00 |
| 34 | CROWELL & MORING LLP<br>590 MADISON AVENUE<br>NEW YORK, NY 10022 | Contact: Paul J. Pollock<br>Phone: 212-895-4216<br>Email: ppollock@crowell.com | Trade Vendor | | | | 226,158.28 |
| 35 | FEDEX<br>PO BOX 7221<br>PASADENA, CA 91109-7321 | Contact: Roseann Findeisen<br>Phone: 800-548-3020<br>Email: rtfindeisen@fedex.com | Transportation And Logistics | | | | 222,735.40 |
| 36 | C/O 35 EAST 75TH STREET CORP.<br>PO BOX 350<br>EMERSON, NJ 07630 | Contact: Kenia Encarnacion<br>Phone: 2126928344<br>Email: kenia.encarnacion@ellimanpm.com | Rent | | | | 215,636.65 |
| 37 | DOMAIN NORTHSIDE RETAIL PROPERTY<br>500 WEST 5TH STREET, SUITE 700<br>AUSTIN, TX 78701 | Email: KSTAFFORD@ENDEAVOR-RE.COM | Rent | | | | 199,733.93 |
| 38 | WINSTON SUPPORT SERVICES, LLC<br>122 EAST 42ND STREET, SUITE 320<br>NEW YORK, NY 10168 | Contact: Ray McCourt<br>Phone: 2126821056<br>Email: rmccourt@winstonstaffing.com | Trade Vendor | | | | 196,639.42 |

Debtor 1 April, 2018

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 39 | GRAJ AND GUSTAVSEN INC 210 FIFTH AVENUE SUITE 800 NEW YORK, NY 10010 | Contact: Peter Hawkins Email: peterj@ggny.com | Trade Vendor | | | | 187,500.00 |
| 40 | FILLMORE STREET ASSOCIATES, LLC 200 FILLMORE STREET, SUITE 400 DENVER, CO 80206 | Contact: 3033215700 Email: JPETTYJOHN@WESTDEVGRP.COM | Rent | | | | 160,000.00 |
| 41 | IPERS BREA/GOLDEN STATE BUSINESS GOLDEN STATE BUSINESS PARK-5 PO BOX 6234 HICKSVILLE, NY 11802-6234 | Contact: Linda Kight Email: linda.kight@transwestern.com | Rent | | | | 152,572.47 |
| 42 | BROOKWOOD PROPERTIES HOLDINGS 138 CONANT STREET BEVERLY, MA 01915 | Contact: 9787207500 Email: MABBOTT-WALSH@BROOKWOODFINANCIAL.COM | Rent | | | | 152,375.09 |
| 43 | GOOGLE, INC. DEPT. 33654, PO BOX 39000 SAN FRANCISCO, CA 94139 | Email: collections@google.com | Trade Vendor | | | | 143,310.53 |
| 44 | PTC INC. 29896 NETWORK PLACE CHICAGO, IL 60673-1298 | Email: ar-credit@ptc.com | It | | | | 142,280.40 |
| 45 | EL TORO INTERACTIVE, LLC 2 UNIVERSITY PLAZA, SUITE 100 HACKENSACK, NJ 07601 | Contact: Maria Ciminata Email: maria@acadaca.com | Trade Vendor | | | | 136,381.27 |
| 46 | SUNGARD AVAILABILITY SERVICES, LP PO BOX 776896 CHICAGO, IL 60677-6896 | Email: as.custserv@sungardas.com | It | | | | 135,840.00 |
| 47 | PORT LOGISTICS GROUP 288 MAYO AVENUE CITY OF INDUSTRY, CA 91789 | Contact: Joann Lombardi Phone: 9732491230 Email: joann.lombardi@whiplash.com | Transportation And Logistics | | | | 123,678.83 |
| 48 | IBM CREDIT LLC PO BOX 643600 PITTSBURGH, PA 15264-3600 | Email: ASKUSAR@CA.IBM.COM | Trade Vendor | | | | 122,751.50 |
| 49 | VERIZON WIRELESS PO BOX 660108 DALLAS, TX 75266-0108 | Contact: Rupert Jones Email: rupert.jones@verizonwireless.com | Utilities | | | | 111,534.43 |
| 50 | NUORDER INC. SUITE 175M 1901 AVENUE OF THE STARS LOS ANGELES, CA 90067 | Contact: Grace Phan Phone: 3109519631 Email: GRACE.PHAN@NUORDER.COM | Trade Vendor | | | | 111,000.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
GBG Sean John LLC,                              :     Case No. 21-____ (    )
                                                :
           Debtor.                              :     (Joint Administration Requested)
------------------------------------------------------------x

# LIST OF EQUITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT OF GBG SEAN JOHN LLC PURSUANT TO BANKRUPTCY RULES 1007(a)(3) AND 7007.1

GBG Sean John LLC is a joint venture owned 9.01% by Christian Casey LLC, 0.99% by Jessie and D Lila LLC, and 90% by GBG USA Inc., which is a wholly-owned subsidiary of GBG North America Holdings Co., Inc., which is a wholly-owned subsidiary of GBG International Holding Company Limited, which is a wholly-owned subsidiary of Global Brands (Hong Kong) Limited, which is a wholly-owned subsidiary of GBG International Holding Limited, which is a wholly-owned subsidiary of Global Brands Group Holding Limited.

**Fill in this information to identify the case and this filing:**

Debtor Name  GBG Sean John LLC

United States Bankruptcy Court for the: Southern District of New York
                                        (State)

Case number (*If known*): 21-

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration: List of Equity Holders and Corporate Ownership Statement Pursuant to Bankruptcy Rules 1007(a)(3) and 7007.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12  /  01  / 2021              /s/ Mark Caldwell
              MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                             Mark Caldwell
                                             Printed name

                                             Chief Financial Officer
                                             Position or relationship to debtor